ORIGINAL

FILED
JUN - 5 2007
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

PACIFIC GAS AND ELECTRIC COMPANY,

v.

UNITED STATES.

No. 07-352 C

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff Pacific Gas and Electric Company submits the following corporate disclosure statement.

*Any parent corporation and any publicly held corporation that owns 10% or more of its stock*: Pacific Gas and Electric Company's parent is PG&E Corporation, a publicly held corporation.

Respectfully submitted,

DATED: June 5, 2007

Kerry C. Klein by Robert L. Shapiro

Kerry C. Klein
77 Beale Street, B30A
Post Office Box 7442
San Francisco, CA 94120
Telephone: (415)973-3251
Facsimile: (415)973-5520
Attorney for Plaintiff
PACIFIC GAS AND ELECTRIC COMPANY

Of Counsel:

Mark D. Patrizio
PACIFIC GAS AND ELECTRIC
COMPANY

Robert L. Shapiro
GREENBERG TRAURIG, LLP
800 Connecticut Avenue NW, Suite 500
Washington, DC 20006
Telephone: (202)331-3174
Facsimile: (202)261-4752