IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-352C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the Government respectfully requests that the Court enlarge the deadline for the Government to file its response to the complaint by 30 days, from August 6, 2007, until September 5, 2007. This is our first request for an enlargement for this purpose. We have discussed this matter with counsel for the plaintiff and represent that she does not oppose this motion.

The additional time is requested so that Government counsel adequately can prepare and file the Government's response to the complaint. We need this additional time because the agency responsible for providing litigation support in this case, the Western Area Power Administration ("WAPA"), has been unable to complete the investigation and assemble the materials necessary to supply a litigation report. We understand that WAPA possesses literally dozens of boxes containing potentially relevant documents, which it is sifting for purposes of providing us a concise litigation report. WAPA has informed us that it expects to have concluded this process within the 30 days requested by this motion.

Accordingly, we respectfully request that the Court grant this unopposed motion for enlargement and enlarge the deadline for the Government to file its answer until September 5, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

July 31, 2007