# In the United States Court of Federal Claims

No. 07-352C

(Filed: November 20, 2007)

*************************************** *
*
PACIFIC GAS AND ELECTRIC COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

On November 19, 2007, counsel for the parties filed their Joint Preliminary Status Report, in accordance with Rule 16 and Appendix A of the Court's rules. The Court will conduct a Preliminary Scheduling Conference by telephone on November 29, 2007 at 2:00 PM (EST) to consider, among other things, the parties' request that this case be stayed pending the outcome of a related case pending in the United States Court of Appeals for the District of Columbia Circuit. The Court also will discuss with counsel the proposed schedule for this case if it is not stayed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge