# In the United States Court of Federal Claims

No. 07-352C

(Filed: November 29, 2007)

****************************************** *
*
PACIFIC GAS AND ELECTRIC COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER STAYING CASE

On November 19, 2007, counsel for the parties filed their Joint Preliminary Status Report, and requested that the above-captioned case be stayed pending the decision of the United States Court of Appeals for the District of Columbia Circuit in Western Area Power Administration, et al. v. Federal Energy Regulatory Commission et al. ("WAPA v. FERC"), No. 04-1090. The Court conducted a joint preliminary scheduling conference with counsel for the parties on November 29, 2007 to discuss this proposal. For good cause shown, the parties' request is GRANTED. Counsel shall submit periodic status reports beginning February 1, 2008 and on the first business day of every month thereafter, until the Court of Appeals issues a decision in WAPA v. FERC. Counsel for the parties shall notify the Court when the decision is issued. This case shall be stayed until further Order of the Court.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge