IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-352C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

In accordance with this Court's November 29, 2007 Order Staying Case, the parties respectfully submit the following joint status report.

On November 29, 2007, following a joint preliminary scheduling conference, this Court stayed the above-captioned case pending the decision of the United States Court of Appeals for the District of Columbia Circuit in Western Area Power Administration, et al v. Federal Energy Regulatory Commission, No. 04-1090, et al ("WAPA v. FERC"). The Court also ordered the parties to submit periodic status reports beginning February 1, 2008, and on the first business day of each month thereafter, until the Court of Appeals issues a decision in WAPA v. FERC.

Since the filing of our last status report, there has been no change in status of WAPA v. FERC, and we are still awaiting a decision by the Court of Appeals.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Kerry C. Klein
KERRY C. KLEIN
Attorney
77 Beale Street, B30A
P.O. Box 7442
San Francisco, CA 94120
PACIFIC GAS & ELECTRIC Co.
Tele: (415) 973-3251
Fax: (415) 973-5520

Attorney For Plaintiff

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

Attorneys For Defendant

May 1, 2008