# In the United States Court of Federal Claims

No. 07-352C

(Filed: May 9, 2008)

*************************************** *
*
PACIFIC GAS AND ELECTRIC COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER EXTENDING STAY

On May 8, 2008, counsel for the parties filed a joint status report notifying the Court of the May 2, 2008 decision of the United States Court of Appeals for the District of Columbia Circuit in Western Area Power Administration, et al. v. Federal Energy Regulatory Commission et al. ("WAPA v. FERC"), No. 04-1090, upholding the decision of the Federal Energy Regulatory Commission. As requested by the parties, all proceedings in this case shall be suspended pending the issuance of a mandate by the Court of Appeals for the District of Columbia Circuit. Counsel shall file a joint status report in this case on July 9, 2008, advising if the mandate has been issued and how the parties wish to proceed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge