IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>No. 07-352C<br>(Judge Wheeler) |

**JOINT STATUS REPORT**

In accordance with this Court's May 9, 2008 Order Extending Stay in the above-captioned case, the parties respectfully submit the following joint status report.

On November 29, 2007, following a joint preliminary scheduling conference, this Court stayed the above-captioned case pending the decision of the United States Court of Appeals for the District of Columbia Circuit in Western Area Power Administration, et al v. Federal Energy Regulatory Commission, No. 04-1090, et al ("WAPA v. FERC"). The Court also ordered the parties to notify the Court when the Court of Appeals for the D.C. Circuit issues a decision.

The Court of Appeals for the D.C. Circuit issued a decision in WAPA v. FERC on May 2, 2008, upholding the decision of the Federal Energy Regulatory Commission. The Order of the Court of Appeals for the D.C. Circuit is attached hereto. The Court of Appeals for the D.C. Circuit withheld issuance of a mandate until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Federal Rule of Appellate Procedure 41(b); D.C. Circuit Rule 41.

On May 9, 2008, this Court issued an order extended the stay pending the issuance of a mandate by the Court of Appeals for the D.C. Circuit. The Court also ordered the parties to file a joint status report on July 9, 2008, advising if the mandate has been issued.

On June 16, 2008, the Cogeneration Association of California and the Energy Producers and Users Coalition petitioned for panel rehearing of the Court of Appeals for the D.C. Circuit's Order. The Court of Appeals for the D.C. Circuit has not yet acted on the petition for panel rehearing. As a result, the Court of Appeals for the D.C. Circuit has not issued a mandate.

The parties therefore propose that, in order to ensure finality of the Court of Appeals proceeding prior to proceeding with the above-captioned case, within 10 days of the issuance of mandate by the Court of Appeals for the D.C. Circuit, the parties file a Joint Status Report proposing a schedule for further proceedings in the above-captioned case.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Kerry C. Klein
KERRY C. KLEIN
Attorney
77 Beale Street, B30A
P.O. Box 7442
San Francisco, CA 94120
PACIFIC GAS & ELECTRIC Co.
Tele: (415) 973-3251
Fax: (415) 973-5520

Attorney For Plaintiff

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

Attorneys For Defendant

July 9, 2008