# In the United States Court of Federal Claims

No. 07-352C

(Filed: July 15, 2008)

*************************************** *
*
PACIFIC GAS AND ELECTRIC COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER EXTENDING STAY

On July 9, 2008, counsel for the parties filed a joint status report notifying the Court that the United States Court of Appeals for the District of Columbia Circuit has not yet issued a mandate in the related case of Western Area Power Administration, et al. v. Federal Energy Regulatory Commission et al. ("WAPA v. FERC"), No. 04-1090. Accordingly, all proceedings in this case shall be suspended pending the issuance of a mandate by the Court of Appeals for the District of Columbia Circuit. Counsel shall file a joint status report in this case within ten days of the issuance of a mandate, but no later than September 9, 2008. If a mandate is not issued by this date, the parties shall submit a joint status report informing the Court of how they wish to proceed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge