IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>No. 07-352C<br>(Judge Wheeler) |

**JOINT STATUS REPORT**

In accordance with this Court's July 15, 2008 Order Extending Stay in the above-captioned case, the parties respectfully submit the following joint status report requesting that the stay be lifted and proposing a schedule for future proceedings.

## I. INTRODUCTION

On June 16, 2008, the Cogeneration Association of California and the Energy Producers and Users Coalition petitioned for panel rehearing of the United States Court of Appeals for the D.C. Circuit's ("the D.C. Circuit") Order in Western Area Power Administration, et al v. Federal Energy Regulatory Commission, No. 04-1090, et al ("WAPA v. FERC"). On July 10, 2008, the D.C. Circuit denied the petition for panel rehearing. On July 28, 2008, the D.C. Circuit issued its mandate.

## II. JOINT PROPOSAL FOR FURTHER PROCEEDINGS

In light of the D.C. Circuit's issuance of a mandate in WAPA v. FERC, the parties jointly request that the Court lift the stay that has been in place since May 9, 2008. PG&E intends to move for summary judgment as to both liability and damages, pursuant to RCFC 56. PG&E does not intend to seek discovery prior to filing its summary judgment motion. The parties

propose the following briefing schedule for PG&E's summary judgment motion:

| | |
|---|---|
| September 29, 2008 | PG&E files its motion for summary judgment |
| October 27, 2008 | The United States files its response to PG&E's motion for summary judgment |
| November 10, 2008 | PG&E files its reply to United States response to motion for summary judgment |

If, upon consideration of PG&E's motion, the United States determines that a cross-motion for summary judgment or partial summary judgment is appropriate, the parties will file a status report by October 10, 2008, setting forth a proposed briefing schedule for any contemplated cross-motion by the United States.

## III. CONCLUSION

For the reasons stated herein, the parties respectfully request that the Court lift the stay in the above-captioned proceeding, and adopt the proposed schedule for PG&E's motion for summary judgment.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Kerry C. Klein
KERRY C. KLEIN
Attorney
77 Beale Street, B30A
P.O. Box 7442
San Francisco, CA 94120
PACIFIC GAS & ELECTRIC Co.

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.

Tele: (415) 973-3251
Fax: (415) 973-5520

Attorney For Plaintiff

Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

Attorneys For Defendant

August 11, 2008