# In the United States Court of Federal Claims

No. 07-352C

(Filed: August 12, 2008)

| | |
|---|---|
| ****************************************** | * |
| | * |
| PACIFIC GAS AND ELECTRIC COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER LIFTING STAY

On August 11, 2008, counsel for the parties filed with the Court a joint status report requesting that the existing stay in this case be lifted and proposing a schedule for future proceedings. In the joint status report, the parties notified the Court that on July 28, 2008 the United States Court of Appeals for the District of Columbia Circuit issued a mandate in the related case of Western Area Power Administration, et al. v. Federal Energy Regulatory Commission et al. ("WAPA v. FERC"), No. 04-1090. Accordingly, the Court hereby lifts the existing stay. In addition, the parties shall observe the following briefing schedule for Plaintiff's summary judgment motion, as proposed in the joint status report:

1. Plaintiff shall file its motion for summary judgment by September 29, 2008;

2. Defendant shall file its response by October 27, 2008;

3. Plaintiff shall file its reply by November 10, 2008.

If, upon consideration of Plaintiff's motion, Defendant determines that a cross-motion for summary judgment is appropriate, the parties shall file a joint status report by October 10, 2008, setting forth any additions to the above briefing schedule.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge